UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
Miguel Chavez, and Valenciano Chavez *on behalf of themselves and others similarly situated in the proposed FLSA Collective Action,*

Case No.: 22-cv-10795

       *Plaintiffs,*

**FED.R.CIV.P. 68 JUDGMENT**

  - *against* -

Goodness Organic Deli Corp., and Ali Alotani,

       *Defendants.*
---------------------------------------------------------------X

  WHEREAS, pursuant Rule 68 of the Federal Rules of Civil Procedure, Defendants Goodness Organic Deli Corp., and Ali Alotani (collectively, the "Defendants"), having offered to allow Plaintiffs Miguel Chavez, and Valenciano Chavez ("Plaintiffs") to take a judgment against the Defendants in this action for the total sum of Thirteen Thousand Dollars and zero cents ($13,000.00), payable as follows:

1. A payment in the amount of Thirteen Thousand Dollars and zero cents ($13,000.00) payable within three (3) days following the Court's Entry and Order of this Offer of Judgment

inclusive of reasonable attorney's fees, costs, and expenses, and apportioned to the legal representation of Plaintiffs, for Plaintiffs' claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action,

  WHEREAS, in the event of Defendants' failure to make any payment when due pursuant the Offer of Judgment, the breach shall result in accelerated payment of the entire Judgment amount of Nineteen Thousand Five Hundred Dollars and zero cents ($19,500.00), together with all costs and attorneys' fees incurred by Plaintiffs in connection with any efforts to enforce any Judgment, less any payments made by Defendants as set forth herein

WHEREAS, Plaintiffs' counsel having confirmed acceptance of Defendants' offer of judgment, it is,

ORDERED, ADJUDGED, AND DECREED, that Plaintiffs have judgment in the amount of Thirteen Thousand Dollars and zero cents ($13,000.00) as against Defendants.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that this action is hereby dismissed with prejudice as against Defendants.

Dated: _____February 23\_\_, 2023
　　　　New York, New York

SO ORDERED:

_____
John P. Cronan
United States District Judge